**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_____
Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 05, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                    CASE NO. 10-33340

PATRICK G. JONES                        CHAPTER  7
SSN: XXX-XX-9126

      DEBTOR                               JUDGE HUMPHREY


**ORDER GRANTING
RELIEF FROM STAY
DOCKET NO. 11**
(Real Property located at  3500 Braddock
St., Kettering, OH 45420 )

--------------------------------------------------------------------------------------------------------------

     This matter came on to be considered on the Motion for Relief from Stay (the "Motion")

filed **,** U.S. Bank, N.A. (the "Movant") at Docket No. 11.

     Movant has alleged that good cause exists for granting the Motion and that the Debtor,

Counsel for Debtor(s), the Trustee, and all other necessary parties were served with this Motion.

No party filed a response to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

The Motion is granted and the automatic stay imposed by § 362 of the Bankruptcy Code

is terminated with respect to Movant, its successors, and assigns to proceed in state court as to its

Collateral or to otherwise enforce its lien rights in the Collateral, known as 3500 Braddock St.,

Kettering, OH 45420.


**IT IS SO ORDERED.**



**SUBMITTED BY:**

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Jeffrey V Laurito (0014652)
Erin M. Laurito (0075531)
7550 Paragon Road
Dayton, OH 45459
Phone 937-743-4878
Fax 937-743-4877
Attorney for Movant
dleonard@lauritolaw.com

COPIES TO:

**Default List**

###